```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SOUTHERN TELECOM INC.,                                            :
:
                        Plaintiff,                              :
:    20-cv-2151 (LJL)
       -v-                                                        :
:    ORDER
THREESIXTY BRANDS GROUP, LLC,                                     :
:
                        Defendant.                              :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Parties are directed to appear for a telephonic argument on December 8, 2020 at 11:00 a.m. Parties are directed to dial 888-251-2909 and use the access code 2123101.

      SO ORDERED.

Dated: November 30, 2020                        _____
       New York, New York                          LEWIS J. LIMAN
                                                     United States District Judge